■ In the Matter of LORAL ELECTRONIC SYSTEMS, Respondent, v ASSESSOR OF THE CITY OF YONKERS et al., Appellants. ▬

Titone, J. P., Thompson, Bracken and Rubin, JJ., concur.